**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

      **Plaintiff/Respondent,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　**No. CV 12-0312 JH/LAM**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**CR 09-1766 JH**
**ADAM JASON GARCIA,**

      **Defendant/Movant**.

**ORDER QUASHING ORDER TO SHOW CAUSE, DIRECTING SERVICE, AND
SETTING DEADLINE**

      **THIS MATTER** is before the Court on Defendant/Movant's response to the Court's *Order to Show Cause (Doc. 16)*, filed November 26, 2012. [*Doc. 17*]. In his response, Defendant/Movant notifies the Court of his current address, which satisfies the Court's concern raised in the *Order to Show Cause* regarding Defendant/Movant's mail being returned. The Court, therefore, will **QUASH** the *Order to Show Cause (Doc. 16)*.

      In his response to the *Order to Show Cause*, Defendant/Movant states that he is waiting for a response from the Government to his Section 2255 motion, and states that he intends to file a reply to the response once it is received. [*Doc. 17* at 1-2]. Defendant/Movant asks the Court to send him copies of all filings since May 1, 2012, which is when he left his previous institution. *Id.* at 2. The Court will order the Clerk of the Court to send copies of Documents 7, 8, 9, 10, 11, 12, 13, 14, and 15 (the documents which Defendant/Movant states he has not received) to Defendant/Movant's newly-updated address of record. The Court cautions Defendant/Movant to advise the Court of any

change of his address, as required by D.N.M. LR-Civ. 83.6. The Court will also allow Defendant/Movant to file a reply to the Government's response to his Section 2255 motion *(Doc. 7)*.

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause (Doc. 16)* is hereby **QUASHED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send copies of Documents 7, 8, 9, 10, 11, 12, 13, 14, and 15 to Defendant/Movant's address of record.

**IT IS FURTHER ORDERED** that Defendant/Movant may file a reply to the Government's response to his Section 2255 motion *(Doc. 7)* **within fourteen (14) days** from entry of this order.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**